UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JULIET NJERU,

                Plaintiff,

-against-

AON SERVICE CORPORATION ET AL.,

                Defendants.

25-CV-624 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is informed that mediation was held but was unsuccessful. The parties shall inform the Court, by letter, how they wish to proceed no later than June 30, 2025.

**SO ORDERED.**

Dated:    New York, New York
            June 16, 2025

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge