

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY 10022.3298


Rebecca Goldstein
212.497.6854 direct
212.583.9600 main
rgoldstein@littler.com

July 3, 2025

**VIA ECF**
Hon. Loretta A. Preska
United States District Court Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Re:** *Njeru v. Aon Service Corporation and Aon Advantage Funds, LLC*
    **Case No. 1:25-cv-00624-LAP**

Dear Judge Preska:

    We represent Defendants Aon Service Corporation and Aon Advantage Funds, LLC in the above-referenced case. We write with Plaintiff's counsel's consent to request an adjournment of the Initial Pretrial conference currently scheduled for July 8, 2025 (ECF No. 15) as defense counsel will be traveling July 7th through July 11th.

    The undersigned has conferred with Plaintiff's counsel and confirmed all parties are available on the following alternative dates for the Initial Pretrial conference: July 18th, July 23rd, and 24th 2025. This is the first request for an adjournment of the Initial Pretrial conference and this request does not impact any other case deadlines. The undersigned respectfully requests that the Court reschedule the Initial Pretrial conference.

July 3, 2025
Page 2

We sincerely appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/ Rebecca Goldstein*

Rebecca Goldstein

Cc: All counsel (by ECF)

```
The request is granted.  The
initial pretrial conference is
adjourned to July 23, 2025 at
12:00 p.m.  The Clerk of the Court
shall close dkt. no. 16.  SO
ORDERED.
```

*[signature: Loretta A. Preska]*
_____
```
Loretta A. Preska
United States District Judge

July 7, 2025
New York, New York
```